UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>DESMOND T. MANAGO,<br><br>                  Defendants. | No. 2:14-cr-0023-RSM<br><br>ORDER DENYING DEFENDANT'S REQUEST |

This matter comes before the Court on Defendant Desmond T. Manago's letter requesting a review of the Federal Bureau of Prisons' calculation of credit for time served. Dkt. #44; *see also* Dkt #43. Defendant has twice submitted this request as a letter rather than filing a Motion citing to a rule or statute authorizing such relief or filing a separate petition or appeal. The Court finds that this request is procedurally deficient and unsupported by law. The Court cannot grant this request as submitted.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Defendant's Motion, Dkt #44, is DENIED.

DATED this 3rd day of September, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE